UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASAP TECHNICAL SERVICE INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RECONTRUST COMPANY, BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No.  5:15-cv-01608-HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has moved for a preliminary injunction, requesting immediate relief. Despite reminders from the court, not all parties have consented to proceed before a magistrate judge, and the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

SO ORDERED.

Dated:  August 14, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

1   5:15-cv-01608-HRL  Notice sent by U.S. Mail to:

2   Jacob Winding
3   6 West Main Street, Suite N
    Stockton, CA 95202