United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6                        SAN JOSE DIVISION

7

8   ASAP TECHNICAL SERVICE INC., et al.,          Case No.  5:15-cv-01608-EJD

9               Plaintiffs,

                                                 **ORDER TRANSFERRING CASE**
10           v.

11   RECONTRUST COMPANY, N.A., et al.,

12               Defendants.

13          On August 27, 2015, the court issued an order requiring Plaintiff Jacob Winding

14   ("Winding") to show cause by September 4, 2015, why this action should not be transferred to the

15   United States District Court for the Eastern District of California. See Docket Item No. 16.  As

16   the court explained, venue in this district was improper under 28 U.S.C. § 1391(b) based on the

17   allegations in the amended complaint because all of the real properties at issue are located in

18   counties governed by the Eastern District of California.

19          The court has reviewed the return to the order show cause filed by Winding, but finds that

20   Winding failed to demonstrate why this case is properly situated before the Northern District of

21   California. See Docket Item No. 29.  Indeed, the only information in the return that is relevant to

22   the venue issue is Winding's representation that "his personal address" is located within this

23   district.  The Stockton address on his pleadings, however, falls within the Eastern District of

24   California. See 28 U.S.C. § 84(b).

25          Accordingly, the court finds that this action should be transferred pursuant to 28 U.S.C. §

26   1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division

27   or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or

28
                                             1
     Case No.: 5:15-cv-01608-EJD
     ORDER TRANSFERRING CASE

1    division in which it could have been brought.").  The Clerk shall TRANSFER this case to the

2    United States District Court for the Eastern District of California and shall close this court's file.

3

4         **IT IS SO ORDERED.**

5    Dated:  September 8, 2015

6                                                                EDWARD J. DAVILA

7                                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2

Case No.: 5:15-cv-01608-EJD
ORDER TRANSFERRING CASE